IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ANTHONY DAWYNE SINGLETON                                           PLAINTIFF

VS.                                                CIVIL ACTION NO. 3:07cv667-JCS

CORPORAL LONNIE HAYNES and
HINDS COUNTY                                                      DEFENDANTS

MEMORANDUM OPINION AND ORDER

        Plaintiff brought this action pursuant to § 1983 alleging he was assaulted by

Defendant Haynes and other detention center officers while he was being held as a

pretrial detainee at the Hinds County Detention Center (HCDC).  Presently before the

court is the motion of Defendants to dismiss, or, in the alternative, for summary judgment,

on Plaintiff's claims against Defendant Hinds County.  Having considered the motion, the

court concludes that the motion to dismiss should be granted.

        Hinds County may not be held liable for the assault alleged by Plaintiff absent a

showing that the assault resulted from a county policy or custom adopted or maintained

with objective deliberate indifference to Plaintiff's constitutional rights.  *Scott v. Moore*,

114 F.3d 51, 54 (5th Cir. 1997).  In both his complaint and in his testimony at the omnibus

hearing, Plaintiff described a single episode during which he was allegedly assaulted by

Defendant Haynes and other officers at the Hinds County Detention Center.  Nowhere

has Plaintiff alleged that this incident was anything other than an isolated occurrence.

Accordingly, the claims against Defendant Hinds County are hereby dismissed.  This

matter will proceed to trial on the individual capacity claims against Defendant Haynes.

SO ORDERED this the 17th day of June, 2008.

/s/ James C. Sumner

_____

UNITED STATES MAGISTRATE JUDGE