IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ANTHONY DAWYNE SINGLETON                                PLAINTIFF

VS.                                              CIVIL ACTION NO. 3:07cv667-JCS

CORPORAL LONNIE HAYNES and
HINDS COUNTY                                                       DEFENDANTS

## FINAL JUDGMENT

In accordance with this court's opinion and order of this date, judgment is hereby entered for Defendant and against Plaintiff, and the complaint is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 25th day of March, 2009.

                                                    /s/ James C. Sumner
                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE